UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDERSON LEE FERNANDERS,

      Plaintiff,                      CIVIL ACTION NO. 09-12933

v.                                 DISTRICT JUDGE JOHN FEIKENS

MICHIGAN DEPARTMENT OF       MAGISTRATE JUDGE DONALD A. SCHEER
COMMUNITY HEALTH,

      Defendant.
_____/

### ORDER DENYING PLAINTIFF'S MOTION FOR EXPEDITED STATUS CONFERENCE AND PLAINTIFF'S MOTION FOR CERTIFICATION OF A CLASS AND FOR BIFURCATION OF TRIAL ON THE ISSUES OF LIABILITY AND DAMAGES

This matter is before the magistrate judge on Order of Reference for All Pretrial Proceedings. Defendant's Motion to Dismiss is pending. On January 13, 2010, Plaintiff filed a Motion for Expedited Status Conference. On January 27, 2010, Plaintiff filed a Motion for Certification of a Class and for Bifurcation of Trial on the Issues of Liability and Damages. Having examined Plaintiff's motions, I conclude that neither is supported by fact or law.

IT IS THEREFORE ORDERED that Plaintiff's Motion for Expedited Status Conference and Plaintiff's Motion for Certification of a Class and for Bifurcation of Trial on the Issues of Liability and Damages are denied.

                                          s/Donald A. Scheer
                                          DONALD A. SCHEER
                                          UNITED STATES MAGISTRATE JUDGE

DATED: February 3, 2010

_____

**CERTIFICATE OF SERVICE**

I hereby certify on February 3, 2010 that I electronically filed the foregoing paper with the Clerk of the Court sending notification of such filing to all counsel registered electronically. I hereby certify that a copy of this paper was mailed to the following non-registered ECF participants on February 3, 2010: **Anderson Lee Fernanders**

                                           s/Michael E. Lang
                                           Deputy Clerk to
                                           Magistrate Judge Donald A. Scheer
                                           (313) 234-5217