UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDERSON LEE FERNANDERS,

        Case No.    09-12933

    Plaintiff,

        HONORABLE AVERN COHN

v.

MICHIGAN DEPARTMENT OF
COMMUNITY HEALTH/HAWTHORNE
CENTER,

    Defendant.
_____/

## JUDGMENT

For the reasons stated in the Order (Doc. No. 91) entered on August 14, 12, judgment is entered in favor of defendant and against plaintiff and the case is DISMISSED.

        DAVID WEAVER

Dated: August 14, 2012        By: s/Julie Owens
                            Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, August 14, 2012, by electronic and/or ordinary mail.

        S/Julie Owens
        Case Manager, (313) 234-5160